VORYS, SATER, SEYMOUR AND PEASE LLP

Adam S. Hamburg (CA BAR #247127)
ashamburg@vorys.com
2211 Michelson Drive, Suite 500
Irvine, California 92612
Telephone: (949) 526-7908
Facsimile: (949) 526-7908

Jason E. Mueller [TBN 24047571]
jmueller@vorys.com
909 Fannin Street, Suite 2700
Houston, TX 77010
T: 713.588.7000
F: 713.588.7050
Appearance *pro hac vice*

Brady R. Wilson (OH101533)
brwilson@vorys.com
52 E. Gay St.
Columbus, OH 43215
Telephone: (614) 464-6374
Appearance *pro hac vice*

Attorneys for Defendant
Warner Bros Entertainment, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SOSA, | Case No. 3:25-cv-01310-WHO |
| Plaintiff, | Judge William H. Orrick |
| v. | **~~PROPOSED~~ ORDER ON DEFENDANT WARNER BROS. ENTERTAINMENT, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME <u>AS AMENDED</u>** |
| WARNER BROS. ENTERTAINMENT, INC., *et al.*, | |
| Defendants. | |

1  THIS MATTER having come before the Court on Warner Bros. Entertainment, Inc.'s Unopposed Motion to Extend, and finding the Motion well-taken, this Court now Orders that the Motion is GRANTED.  Defendant Warner Bros. Entertainment, Inc. shall have up to and including October 31, 2025, to submit its reply brief in support of its Motion to Dismiss. **Defendant You Tube, LLC shall likewise have until October 31, 2025 to file its reply brief. The hearing on the motions to dismiss is RESET to November 19, 2025**.

IT IS SO ORDERED.

Dated: October 17, 2025

_____
William H. Orrick
United States District Judge