UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SOSA, | Case No. 3:25-cv-01310-WHO |
| Plaintiff, | Judge William H. Orrick |
| v. | ~~PROPOSED~~ ORDER ON DEFENDANT WARNER BROS. ENTERTAINMENT, INC.'S SECOND MOTION FOR EXTENSION OF TIME <u>AS AMENDED</u> |
| WARNER BROS. ENTERTAINMENT, INC., *et al.*, | |
| Defendants. | |

THIS MATTER having come before the Court on Warner Bros. Entertainment, Inc.'s Second Motion to Extend, and finding the Motion well-taken, this Court now Orders that the Motion is GRANTED. Defendant Warner Bros. Entertainment, Inc. shall have up to and including ~~November 7, 2025~~ <u>November 5, 2025</u>, to submit its reply brief in support of its Motion to Dismiss.

IT IS SO ORDERED.

Dated: November 3, 2025

*/s/ William H. Orrick*
William H. Orrick
United States District Judge